**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Andrew Blake Strand, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| City of Williston, et al., | ) | Case No.: 1:26-cv-00207 |
| | ) | |
| Defendants. | ) | |

---

On June 24, 2026, Plaintiff, proceeding *pro se*, filed a *Motion for Leave to Proceed in forma pauperis*. (Doc. No. 1). On June 25, 2026, the court granted Plaintiff's motion and directed the Clerk's Office to file the Complaint but refrain from issuing and serving process pending the court's review pursuant to 28 U.S.C. § 1915(e)(2). (Doc. No. 3).

On November 19, 2026, Plaintiff filed a *Motion for Status Update and Memorandum in Support*. (Doc. No. 7). Therein, Plaintiff requested the court provide a status update on the screening of his Complaint under 28 U.S.C. § 1915 so that he may be prepared to act promptly and arrange service of process as soon as permitted.

The court **GRANTS** Plaintiff's request for update. (Doc. No. 7). The court is aware that the Complaint has yet to proceed through the screening process and acknowledges that Plaintiff has been waiting for some time without update and cannot proceed until such screening is completed. Moreover, the court appreciates that Plaintiff is aware of the demands on this court and Plaintiff can be reassured that this matter has not escaped the court's attention and has been taken under advisement.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court